UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIONEL RUBALCAVA,<br><br>  Plaintiff,<br><br>   v.<br><br>CITY OF SAN JOSE, et al.,<br><br>  Defendants. | Case No. 20-cv-04191-BLF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT; AND VACATING HEARING ON MOTION**<br><br>[Re: ECF 110] |

This order addresses Plaintiff Lionel Rubalcava's motion for leave to file an amended complaint. *See* Mot. for Leave, ECF 110. The Court finds the motion to be suitable for decision without oral argument and therefore the hearing set for January 6, 2022 is VACATED. The motion is GRANTED for the reasons discussed below.

Rubalcava seeks leave to file an amended complaint to correct errors recently discovered by his counsel and to omit certain parties and claims in light of the Court's prior order addressing Defendants' motions to dismiss. The proposed amended complaint omits seven Defendants, including the County of Santa Clara and six individual San Jose Police Department ("SJPD") officers; omits four § 1983 claims; and alters a limited number of factual allegations. The proposed amended complaint does not add new claims or parties. The motion is not opposed by the City of San Jose or the individual SJPD officers named as defendants (collectively, "City Defendants"). The motion is opposed by the County of Santa Clara and County investigators Douglas Kaleas and Brian Geer (collectively, "County Defendants").

The Court evaluates Rubalcava's motion under the good cause standard set forth in Federal Rule of Civil Procedure 16(b), because the deadline for amendment pursuant to Federal Rule of Civil Procedure 15(a) has expired. *See* Case Management Order, ECF 51. "Rule 16(b)'s 'good

cause' standard primarily considers the diligence of the party seeking the amendment. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "[T]he existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion." *Id*. However, "the focus of the inquiry is upon the moving party's reasons for seeking modification." *Id*.

The Court finds that Rubalcava has shown good cause to file the proposed amended complaint. As noted above, some amendments are sought to correct errors in the pleading only recently discovered by counsel. Other amendments are for the purpose of cleaning up the pleading to omit numerous parties and claims that Rubalcava no longer seeks to pursue. The Court perceives no prejudice to any party in allowing these amendments.

The County Defendants contend that they will be prejudiced if the motion is granted, because although the proposed complaint omits the *Monell* claim against the County, it does not omit every allegation of misconduct by the County. The County Defendants speculate that by retaining those allegations, Rubalcava improperly seeks to expand the scope of permissible discovery, and they asks that the Court condition amendment on the striking of certain allegations. In reply, Rubalcava asserts that the allegations in question are relevant to his narrative of the events giving rise to his claims, and that he has no intention of abusing the discovery process.

On this record, the Court finds no basis to conclude that Rubalcava will seek to abuse the discovery process or otherwise engage in improper conduct relating to the retention of the subject allegations in his pleading. Moreover, an opposition brief is not the appropriate vehicle for seeking affirmative relief such as the striking of matter from a pleading.

**ORDER**

Rubalcava's motion for leave to amend is GRANTED. He shall file the proposed amended complaint by November 12, 2021. The hearing set for January 6, 2022 is VACATED.

Dated: October 29, 2021

_____
BETH LABSON FREEMAN
United States District Judge