UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIONEL RUBALCAVA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 20-cv-04191-BLF   (VKD)<br><br>**ORDER RE FEBRUARY 21, 2023 DISCOVERY DISPUTE RE NON-PARTY DEPOSITION OF DAVID ANGEL**<br><br>Re: Dkt. No. 162 |

    Defendants have subpoenaed non-party David Angel for a deposition that is noticed for March 2, 2023.  Mr. Angel asks the Court to quash the subpoena on the ground that this testimony is not relevant to any claim or defense in the case, and therefore, a deposition would impose an undue burden on him under Rule 45(d) of the Federal Rules of Civil Procedure.  Dkt. No. 162.  The Court finds this matter suitable for resolution without oral argument.  *See* Civil L.R. 7-1(b).

    Mr. Angel is an Assistant District Attorney for the County of Santa Clara.  He participated in the re-investigation of plaintiff Lionel Rubalcava's conviction as the then-head of the District Attorney's Conviction Integrity Unit and ultimately stipulated, on behalf of the District Attorney, to a request that the state court find Mr. Rubalcava innocent of the attempted murder of Mr. Rodriguez.  Mr. Rubalcava identified Mr. Angel in his initial disclosures as an individual likely to have discoverable information.

    Given Mr. Angel's role in the re-investigation of Mr. Rubalcava's conviction, it appears he may have information relevant to at least the question of whether any defendant fabricated evidence, coerced witness testimony, withheld exculpatory evidence, or engaged in other alleged misconduct, even if he is not the sole source of such information.  This information may be

relevant to Mr. Rubalcava's claims and defendants' defenses, even if Mr. Rubalcava's innocence must be presumed in this case.

The Court orders Mr. Angel to comply with defendants' deposition subpoena and denies his motion to quash or modify the subpoena.

**IT IS SO ORDERED.**

Dated: February 23, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge