UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIONEL RUBALCAVA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH PEREZ, STEVEN SPILLMAN, and TOPUI FONUA,<br><br>    Defendants. | Case No. 20-cv-04191-BLF<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

The Final Pretrial Conference was held on April 23, 2024. The Court heard argument on the Motions *in Limine* filed by Plaintiff and Defendants, which will be addressed in a separate order. The Court also advised counsel regarding trial scheduling and procedures, as summarized below.

At the Final Pretrial Conference, the Court discussed with counsel the effect of Defendants' Notice of Appeal filed April 9, 2024, appealing this Court's denial of their motion for summary judgment on the basis of qualified immunity. *See* Not. of Appeal, ECF 279. "[T]he filing of a notice of interlocutory appeal divests the district court of jurisdiction *over the particular issues involved in that appeal*." *City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 886 (9th Cir. 2001) (emphasis added). In the context of an appeal of the denial of qualified immunity, "the district court is automatically divested of jurisdiction to proceed *with trial pending appeal*." *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992) (emphasis added). No party challenged this Court's jurisdiction to proceed with the pretrial matters addressed at the Final Pretrial Conference, including the parties' Motions *in Limine*.[1]

---

[1] Plaintiff advised the Court that he intends to file a motion to certify Defendants' qualified immunity appeal as frivolous, and the Court set a briefing schedule for that expected motion. If

IT IS HEREBY ORDERED as follows, with the understanding that the dates referenced below will apply only in the event that the automatic stay of trial is lifted:

**(1) REVISED PRETRIAL MATERIALS:**

The parties shall submit the following revised pretrial materials requested by the Court not later than 5:00 p.m. on June 7, 2024: a joint neutral statement, a joint jury questionnaire, a set of joint jury instructions, and revised proposed verdict forms and special interrogatories.

If the parties are unable to submit an agreed-upon joint neutral statement by June 7, 2024, counsel shall appear in Courtroom 1 of the United States District Court, San Jose Division, at 9:00 a.m. on June 10, 2024, where they will continue to appear day-to-day until an agreed-upon joint neutral statement is submitted to the Court.

The Court will hold a jury instruction conference at 9:00 a.m. on July 1, 2024.

**(2) JURY SELECTION:**

A total of 9 jurors will be seated. Each side will be permitted 3 peremptory challenges (3 for Plaintiff and 3 for Defendants collectively).

**(3) TRIAL SCHEDULE**

Each side will be permitted 30 hours of trial time, which will include all direct examination and cross-examination.

In addition, each side will be permitted 60 minutes for Opening Statement and 90 minutes for Closing Argument.

The trial schedule will be as follows, with normal lunch and rest breaks.

Mondays: 9:00 a.m. – 5:00 p.m.

Tuesdays: 10:00 a.m. – 5:00 p.m.

Wednesdays: 9:00 a.m. – 5:00 p.m.

Thursdays: Dark

Fridays: 9:00 a.m. – 5:00 p.m.

---

the motion is granted, this Court may proceed with trial. *See Chuman*, 960 F.2d at 105 ("Should the district court find that the defendants' claim of qualified immunity is frivolous or has been waived, the district court may certify, in writing, that defendants have forfeited their right to pretrial appeal, and may proceed with trial.).

**(4)     MOTIONS DURING TRIAL**

The Court will be available from 8:30 a.m. – 9:00 a.m. each trial day to hear motions. The parties need not file written motions to raise an issue before the Court. Any written motions shall be no more than 3 pages in length, in 12-point font (including footnotes), and double-spaced (including footnotes). One such motion may be filed per court day, per side. Any such motion shall be filed and emailed to the undersigned by 5:00 p.m. the previous court day. No written opposition is required.

Dated:  April 24, 2024

BETH LABSON FREEMAN
United States District Judge