UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIONEL RUBALCAVA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH PEREZ, STEVEN SPILLMAN, and TOPUI FONUA,<br><br>    Defendants. | Case No. 20-cv-04191-BLF<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL**<br><br>[Re: ECF 270] |

    This order addresses an outstanding administrative sealing motion (ECF 270) related to Plaintiff's Motion *in Limine* No. 5 (ECF 271), which sought to limit the testimony of Defendants' rebuttal psychiatric expert, Dr. Steven Gaskell, and to exclude the opinions of Defendants' economics expert, Dr. Dwight Steward. The Court failed to rule on the sealing motion when it ruled on the substantive motion.

    The sealing motion requests sealing of Exhibits 1-3 to Plaintiff's Motion *in Limine* No. 5, comprising Dr. Gaskell's rebuttal report, excerpts of Dr. Gaskell's deposition, and Dr. Steward's report. Plaintiff asserts that the exhibits contain highly sensitive information, including his medical diagnoses and information regarding his juvenile and adult criminal history. Defendants stipulate to the sealing of the exhibits. Because the exhibits were submitted with a non-dispositive motion *in limine*, the Court finds that the lower "good cause" standard applies rather than the "compelling reasons" standard that applies to documents more closely related to the merits of the case. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). The

1  Court finds that Plaintiff has demonstrated good cause for sealing the exhibits, because the highly

2  personal information identified by Plaintiff is referenced throughout the exhibits such that more

3  limited redactions would not be practical.

4      Accordingly, Plaintiff's administrative sealing motion (ECF 270) is GRANTED.

5      This order terminates ECF 270.

6      IT IS SO ORDERED.

8  Dated: June 24, 2024                      _____
9                                       BETH LABSON FREEMAN
                                     United States District Judge